# POWER OF ATTORNEY

**KNOW ALL MEN BY THESE PRESENTS,** that I, **ROBERT REEDY,** now residing at 994 KILLINGER ROAD, CLINTON, OHIO, have made, constituted and appointed, and by these presents do make, constitute and appoint **VIRGINIA REEDY,** now residing at 994 KILLINGER ROAD, CLINTON, OHIO, my true and lawful attorney, for me and in my name, place and stead:

1. To make, carry out and execute any and all contracts.

2. To sell, convey, barter, exchange, encumber, lease, or otherwise dispose of any property belonging to me, whether real, personal or mixed, or any part thereof or any interest therein, and to execute the necessary or required bills of sale, assignments, transfers, leases, notes, mortgages or conveyances, whether under seal or otherwise.

3. To carry on, conduct and conclude any and all negotiations in and about any business of mine or in which I may be interested within the State of Ohio or elsewhere.

4. To draw and sign checks or withdrawal orders upon any bank or savings association or other depository in which I now have or may hereafter have an account or accounts subject to withdrawal, and to endorse any and all bills of exchange payable to me.

5. To receive, endorse and collect checks payable to my order, drawn on the Treasurer of the United States, for whatever account, and to give full discharge for same.

6. To make, sign, execute and deliver promissory notes or bills of exchange, with or without warrant of attorney.

7. To sign or endorse any and all stock certificates issued by any corporation or similar organization.

8. To enter any safe deposit box leased in my name and to remove any part or all of the contents thereof.

9. To vote at any general or special meeting of stockholders all stock owned, held or controlled by me or standing in my name.

10. To receive and receipt for dividends upon any stock belonging to me or standing

in my name and on which I may be entitled to receive dividends.

11. To collect, receive and receipt for all interest moneys and all money or credits of any kind or nature belonging or owing to me on account whatsoever.

12. To make, sign and execute in my name and on my behalf any and all tax returns, State or Federal, which I may be authorized or required to make.

13. To compromise, settle or to sue and carry on any and all suits or legal proceedings of any kind in my name or for my benefit and generally.

14. To manage all of my property and business, and to do any and every act of whatsoever nature concerning the same or in relations thereto which I might personally do, hereby giving and granting unto my said attorney full power and authority to do and perform all and every act and thing whatsoever requisite or necessary or proper to be done in and about the premises as fully and to all intents and purposes as I might or could do if personally present with full power of substitution and revocation hereby ratifying and confirming all that my said attorney may lawfully do or cause to be done by virtue hereof. The enumeration of special powers shall in no way be constructed to limit the broad general powers herein given, it being my intention, by this instrument, to confer unto my said attorney every power that may be conferred under the law of the land.

15. I specifically authorize and nominate **VIRGINIA REEDY** to prepare, execute, and file all papers and instruments necessary for an effective filing under the United States Bankruptcy Code and Ohio law, and thereby to:

    a. Complete any credit counseling and financial management course requirements on my behalf;

    b. Appear on my behalf at any Court and the First Meeting for creditors; and

    c. Do all acts and to prepare and sign all documents necessary for the filing, handling and completion thereof, including without limitation:

        i. Signing the Petition, Schedules, Affidavits, Declarations, Exhibits, and other documents necessary to effect the bankruptcy filing;

        ii. Submitting an application to the Court to use Interrogatories in place of a personal appearance at the First Meeting of Creditors,

and signing the Interrogatories; and

   iii. Signing affidavits and any and all other documents necessary for or related to motions, applications, and other submissions to the Court or to the Bankruptcy Trustee.

16. The power of attorney shall not be affected by the disability of the principal.

17. I nominate the said **VIRGINIA REEDY** to be the guardian of my person and estate should proceedings for the appointment of a guardian be commenced and further authorize the said **VIRGINIA REEDY** to nominate a successor guardian. Either the said **VIRGINIA REEDY** or a successor guardian shall serve without bond.

**IN WITNESS WHEREOF,** I have hereunto set my hand and seal this 6th day of July, 2015.

*/s/ Robert Reedy*
ROBERT REEDY

STATE OF OHIO )
       ) ss:
SUMMIT COUNTY )

Before me, a Notary Public in and for said County and State, personally appeared the above named **ROBERT REEDY**, who acknowledged that he did sign the foregoing instrument and that the same is his free act and deed.

**IN TESTIMONY WHEREOF,** I have hereunto set my name and affixed my Notarial Seal at Clinton, Ohio, this 6th day of July, 2015.

*/s/*
Notary Public

*Prepared by: Sremack Law Firm, LLC*
*2745 South Arlington Road – Akron, OH 44312*
*330-644-0061 – info@sremacklaw.com*

REBECCA J. SREMACK
ATTORNEY AT LAW
NOTARY PUBLIC
STATE OF OHIO
My Comm. Has No
Expiration Date
Section 147.03 R. C.