IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE:<br><br>   VIRGINIA REEDY and<br>   ROBERT REEDY,<br><br>        Debtors. | CHAPTER 7 BANKRUPTCY<br><br>CASE NO. 15-51990<br><br>JUDGE ALAN M. KOSCHIK<br><br>**MOTION FOR PERMANENT WAIVER OF FINANCIAL MANAGEMENT COURSE** |

     Debtor Virginia Reedy, through Counsel and on behalf of the Co-Debtor, Robert Reedy, moves this Court for a permanent waiver of the requirement that Co-Debtor Robert Reedy complete a personal financial management course pursuant to 11 U.S.C. § 727(a)(11). Mr. Reedy died on August 29, 2015, during the pendency of this case, and prior to completing this requirement. He is therefore incapacitated under the meaning of 11 U.S.C. § 109(h)(4) and requests a waiver.

                                            Respectfully submitted,

                                            */s/* William M. Sremack
                                            William M. Sremack #0006832
                                            Sremack Law Firm LLC
                                            2745 S. Arlington Rd.
                                            Akron, OH  44312
                                            330-644-0061 Office
                                            330-644-7241 Fax
                                            bill@sremacklaw.com
                                            *Counsel for Debtors*

# CERTIFICATE OF SERVICE

I hereby certify that on September 15, 2015, a copy of the foregoing *Motion for Permanent Waiver of Financial Management Course Requirement* was filed electronically via this Court's ECF system and served electronically upon all parties indicated on the electronic filing receipt, including Trustee Kathryn A. Belfance and the U.S. Trustee.

It was also served by regular mail upon the creditors listed below:

Barberton Hospital
Dept 781366
PO Box 78000
Detroit, MI  48278-1103

Berman & Rabin PA
15280 Metcalf Ave
Overland Park, KS  66223

Buckeye State Credit Union
197 East Thornton St
Akron, OH  44309

Dell Financial Services
PO Box 81577
Austin, TX  78708-1577

Discover Card
PO Box 6103
Carol Stream, IL  60197-6103

Fingerhut
PO Box 166
Newark, NJ  07101-0166

First Credit
3250 W Market St, Suite 304
Akron, OH  44333

HFC
PO Box 1231
Brandon, FL  33509-1231

Home Depot
PO Box 182676
Columbus, OH  43218-2676

Kohls
PO Box 2983
Milwaukee, MN  53201

Life Care
3755 Boettler Oaks Dr. Ste. E-2
Uniontown, OH  44685

Lowes
PO Box 530914
Atlanta, GA  30353-0914

Northland Group
7831 Glenroy Rd #250
Edina, MN  55439

Portfolio Recovery Associates LLC
120 Corporate Blvd
Norfolk, VA  23502

Sears Credit Card
MasterCard
PO Box 183082
Columbus, OH  43218-3082

Springleaf
PO Box 64
Evansville, IN  47701-0064

| | |
|---|---|
| Summa Akron City<br>525 East Market St<br>Akron, OH  44304 | Summit County Fiscal Officer<br>CFE Ohio Bldg<br>175 South Main St<br>Akron, OH  44308 |
| Summa Health System<br>Dept 781103<br>PO Box 78000<br>Detroit, MI  48278-1103 | Wells Fargo Dealer Services<br>PO Box 25341<br>Santa Ana, CA  92799-5341 |
| Summa Physicians<br>PO Box 932419<br>Cleveland, OH  44193-0012 | |

/s/ William M. Sremack
William M. Sremack #0006832
Sremack Law Firm LLC